Waiver of Indictment (D. Ignall)

## UNITED STATES DISTRICT COURT

## FOR THE

## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-368-1 |
| DAMILARE SONOIKI | : | |

DAMILARE SONOIKI, the above named defendant, who is accused of

18 U.S.C. § 371 (conspiracy to commit securities fraud – 1 count)
15 U.S.C. §§ 78j(b), 78ff, and 17 C.F.R. §§ 240.10b-5 and 240.10b5-2
(securities fraud -- 1 count)
18 U.S.C. § 2 (aiding and abetting)

being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
DAMILARE SONOIKI, Defendant,

_____
Witness,

9/19/18
Date

_Mark Wilson_
Counsel for Defendant,
Mark T. Wilson