# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DAMILARE SONOIKI** | : | **NO. 18-368-1** |

## O R D E R

**AND NOW,** this 20th day of September, 2018 after a hearing in open court with Defendant and counsel present, it is **ORDERED** that Defendant Damilare Sonoiki be placed on bail with the following terms and conditions:

1. Defendant is to execute an appearance bond in the amount of $100,000.00 O/R;

2. Defendant shall surrender and not possess any firearms, destructive devices or other dangerous weapons;

3. Defendant shall immediately surrender his passport to the U.S. Pretrial Services Officer.

4. Defendant shall report to Pretrial Services as directed by Pretrial Services.

5. Defendant's travel is restricted to the Central District of California. Defendant will be permitted to travel to the Southern District of Texas to visit his mother and such other appropriate locations with prior permission granted by Pretrial Services.

6. Defendant shall have no contact with the co-defendant in this case.

7. Defendant shall refrain from excessive use of alcohol or from use of any narcotic drugs or other federally controlled substance without a prescription by a licensed medical practitioner.

Any violations of this Order will result in the immediate forfeiture of bond, and Defendant shall be detained pending sentencing.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge