IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 18-368-1 |
| DAMILARE SONOIKI | : |



## ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As a result of Defendant Damilare Sonoiki's guilty plea as to Counts One and Two of the information, which charged conspiracy to commit securities fraud, in violation of Title 18, United States Code, Sections 371 (Count One); and securities fraud, in violation of 15 U.S.C. Section 78ff (Count Two), pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, 2461(c), the defendant is required to criminally forfeit his interest in any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of such offenses, as charged in Counts One and Two.

2. All property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of such offenses is forfeited to the United States.

3. Based upon the facts set forth in the government's guilty plea memorandum, at the change of plea hearing, and in the record as a whole, the Court finds by a preponderance of the evidence that the sum of **$10,000.00** is the value of the property that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One and Two of the information that the defendant directly or indirectly obtained; and

the government has established the requisite nexus between such sum and the defendant's offenses as charged in Counts One and Two.

4. The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), to forfeit the $10,000.00 in proceeds that the defendant obtained as a result of his commission of the offenses charged in Counts One and Two of the information. The motion is GRANTED. The United States is entitled to forfeit the $10,000.00 in proceeds that the defendant obtained as a result of his commission of the offenses charged in Counts One and Two.

5. A money judgment in the amount of **$10,000.00** is hereby entered against the defendant.

6. The government has established, the Court finds, that one or more of the conditions set forth in 21 U.S.C. § 853(p) exists. Because the defendant dissipated the $10,000.00 in proceeds that he obtained as a result of his commission of the offenses charged in Counts One and Two, the United States is entitled to forfeit substitute assets equal to the value of the proceeds obtained by Defendant Damilare Sonoiki as a result of his violations of Title 18, United States Code, Section 371 and Title 15, United States Code, Section 78ff, and that such substitute assets shall not exceed the value of the proceeds that the defendant obtained.

7. Any property recovered from the defendant and forfeited by the government shall reduce the defendant's outstanding liability on the forfeiture amount.

8. Upon entry of this Order, the Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

9. Because the government does not seek forfeiture of any specific asset at this time, advertisement of the judgment and third-party proceedings are not required. Fed. R.

Crim. P. 32.2(c)(1) (no ancillary proceedings to address third-party claims required where specific property is not being forfeited).

10. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this forfeiture Order shall become final as to the defendant at the time of sentencing and shall be made part of the defendant's sentence and included in the judgment and commitment order.

11. The Court shall retain jurisdiction to enforce this forfeiture Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

12. The Clerk of the United States District Court for the Eastern District of Pennsylvania shall deliver a copy of this forfeiture Order to the Federal Bureau of Investigation, the United States Marshals Service, and to counsel for the parties.

ORDERED this 11th day of December, 2018.

_____
HONORABLE GENE E.K. PRATTER
*Judge, United States District Court*