IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 18-368 |
| | : | |
| DAMILARE SONOIKI | : | |

### DEFENDANT'S MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE TO PERMIT TRAVEL TO NIGERIA

Damilare Sonoiki, by his attorney, Mark Wilson, Assistant Federal Defender, moves that the Court modify his conditions of release to permit travel to Nigeria in order that he might attend his grandmother's funeral services and in support of this Motion it is averred that:

1. On September 19, 2018, Damilare Sonoiki made his intial appearance before this Court and entered a plea of guilty to the charges in the Information that had been filed on August 29, 2018. At that hearing he was granted presentence release on certain conditions among which was a travel restriction to the Central District of California, where he was then residing, and the Southern District of Texas, where is mother resides. He surrendered his passport to Pretrial Services as a further condition of his release.

2. The conditions of Mr. Sonoiki's release were modified by Order of the Court on December 10, 2018, to permit him to reside with his mother in the Southern District of Texas. Mr. Sonoiki's lease in California had expired. In the Order modifying his release conditions his travel was "restricted to the Southern District of Texas, or other locations with prior approval by Pretrial Services." This Order was later modified to permit him to travel to the Southern District of California again, this time to seek employment.

3. Mr. Sonoiki has informed counsel that his grandmother who resided in Nigeria has recently passed away.  In order for her relatives who do not reside in Nigeria can attend the memorial services, the services have been scheduled to take place on October 11 and 12, 2019, in Nigeria.

4. Mr. Sonoiki desires to attend his grandmother's memorial services and seeks the Court's permission to do so.  He would require the temporary return of his passport.  In order to get reasonable rates for travel, he would need to book his flights soon.  He would have to fly from Houston to Lagos on October 9th and from Lagos to Houston on October 17th.

WHEREFORE Damilare Soniki respectfully requests that the Court modify his conditions of release to permit travel to Nigeria for his grandmother's memorial services.

Respectfully submitted,

/s/ *Mark Wilson*
Mark Wilson
Assistant Federal Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 18-368 |
| | : | |
| DAMILARE SONOIKI | : | |

## O R D E R

AND NOW this _____ day of September, 2019, upon consideration of the Defendant's Motion for Modification of Conditions of Release to Permit Travel to Nigeria, it is hereby **ORDERED** that the Motion is **GRANTED**. The conditions of Mr. Sonoiki's release are modified to permit him to travel to Lagos, Nigeria, on October 9, 2019, with his return on October 17, 2019. Mr. Sonoiki shall notify Pretrial Services of his travel dates, destinations, and flight information. It is also **ORDERED** that his passport shall be temporarily returned to him for the purpose of this travel. Upon his return to Houston he shall surrender his passport again to his presiding officer at Pretrial Services.

SO ORDERED:

_____
GENE E. K. PRATTER, J.
United States District Court