IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NUMBER 18-368 |
| DAMILARE SONOIKI | : |

**ORDER**

AND NOW this 29th day of October, 2021, upon consideration of the Defendant's Motion for Return of Passport, it is hereby **ORDERED** that the Motion is **GRANTED**. Damilare Sonoiki's passport, currently in the custody of Pretrial Services for the Eastern District of Pennsylvania and/or the Clerk for the District Court in the Eastern District of Pennsylvania, shall be returned to him or to his attorney, Mark Wilson, Assistant Federal Defender, forthwith.

SO ORDERED:

_/s/ Gene E. K. Pratter_
GENE E. K. PRATTER, J.
United States District Court