IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 18-368 |
| | : | |
| DAMILARE SONOIKI | : | |

**<u>DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE</u>**

Damilare Sonoiki, by his attorney, Mark Wilson, Assistant Federal Defender, moves that the Court order the early termination of his supervised release and in support of this Motion, it is averred that:

1. On September 19, 2018, Mr. Sonoiki appeared before this Court to enter his guilty plea to the Information. Following the plea colloquy and the acceptance of Mr. Sonoiki's guilty plea, the Court ordered his release pending sentencing on an own recognizance bond with certain conditions.

2. More than thirty-four months later, on July 29, 2021, Mr. Sonoiki appeared as required before this Court for sentencing. On that date he was sentenced. Part of the sentence was a period of incarceration of 30 days. He was permitted to self-surrender to serve that sentence. He surrendered to serve the period of incarceration and has been released by the Bureau of Prisons to the supervision of the United States Probation Office to serve a period of three years of supervised release.

3. During the nearly thirty-five months that Mr. Sonoiki was on Court-supervised release up until his surrender to serve his period of incarceration, Mr. Sonoiki was compliant with the conditions of his release.

4. Mr. Sonoiki was released from federal prison on September 30 2021. He commenced his supervised release on that date. His supervised release is thus currently scheduled to end on September 29, 2024. Mr. Sonoiki has served almost twenty-two months of the thirty-six month period that was ordered.

5. The Court has the authority pursuant to 18 U.S.C. § 3583(e)(1) to terminate supervised release at any time after the expiration of one year of supervised release, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

6. Mr. Sonoiki has worked steadily since his release. He has worked on several different projects which have often overlapped. When he first came out, he worked for Assembly, a meal kit company, until April 2022. In January 2022, he began writing for The Babylon Bee until April 2023. From October 2022 to April 2023, he worked for WrldBuilder, a metaverse company. In March 2023, he began writing for a podcast for a production company in Los Angeles.

7. Mr. Sonoiki's goal is to have a writer. Some of his work may come from Southern California where the milieu for projects is fluid. Face-to-face networking is crucial and some meetings are spontaneous or occur on short notice. If Mr. Sonoiki were able to travel without the restrictions of getting prior approval from his probation officer, he believes he would have more opportunity for work.

8. Mr. Sonoiki has essentially been on compliant Court-supervised release for a total of approximately fifty-seven months counting his pre-trial and pre-surrender release and his supervised release. He has fully paid his fine and special assessment.

WHEREFORE Damilare Sonoiki respectfully requests that the Court order the early termination of his supervised release.

Respectfully submitted,

/s/ *Mark Wilson*
Mark Wilson
Assistant Federal Defender

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 18-368** |
| | : | |
| | : | |
| **DAMILARE SONOIKI** | : | |

## O R D E R

AND NOW this _____ day of _____ 2023, upon consideration of the Defendant's Motion for Early Termination of Supervised Release and any opposition thereto, it appears that the interest of justice and the conduct of Mr. Sonoiki on supervised release merit the early termination of his supervised release and it is **ORDERED** that the Motion **GRANTED**. The supervised release in this matter is terminated.

SO ORDERED:

_____
GENE E. K. PRATTER. J.
United States District Court