UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 18-368-1 |
| DAMILARE SONOIKI | : | |

**O R D E R**

**AND NOW,** this 21st day of August, 2023, upon consideration of Mr. Sonoiki's Motion for Early Termination of Supervised Release (Doc. No. 93), and the Government's response, it is **ORDERED** that the motion is **DENIED.**

Pursuant to 18 U.S.C. § 3583(e)(1), the Court finds, after consideration of the relevant factors set forth in 18 U.S.C. § 3553(a), that early termination of the defendant's sentence of supervised release is not warranted by the interests of justice, Mr. Soniki's motion having failed to set forth sufficiently compelling or extraordinary reasons to do so, much less both.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge